UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL MOORE,**

       Plaintiff(s),

                            Civil No. 04-70560

v.

                            JOHN CORBETT O'MEARA

**NORTHWEST AIRLINES,**

       Defendant(s).

_____/

### ORDER ADOPTING MAGISTRATE JUDGE MONA MAJZOUB'S REPORT AND RECOMMENDATION

      The Court having reviewed the Magistrate Judge's report and recommendation, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

      **IT IS ORDERED** that the Court adopts  Magistrate Judge Majzoub's report and recommendation.

      **IT IS FURTHER ORDERED** that defendant's Bill of Costs is reduced from $812.05 to $609.00.

                        s/John Corbett O'Meara
                        John Corbett O'Meara
                        United States District Judge

Dated:  May 27, 2005

Copies: James Barnes, William Altman